FILED
August 03, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Fidel Morales____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br><br>v.<br><br>**GRANT MOSLEY,**<br>**Defendant.** | EP: 22-M-1906-MAT |

### United States' Motion to Detain Defendant Without Bond and Motion for Continuance

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant was arrested for a violation of Title 18, United States Code, Section 922(o), *Possessing, Engaging in the Business of Importing, Manufacturing, or Dealing in Firearms, or in the Course of Such Business to Ship, Transport, or Receive any Firearm in Interstate or Foreign Commerce.*

2. The Defendant presents a high risk of fleeing the jurisdiction to avoid prosecution on this charge.

3. There are no conditions or combination of conditions which will reasonably assure the safety of the community should the Defendant be released on bond.

4. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

        Respectfully submitted,

        ASHLEY C. HOFF
        UNITED STATES ATTORNEY

By: *Catherine Dos Santos*
        CATHERINE DOS SANTOS
        Assistant U.S. Attorney
        New York Registration #5381447
        700 E. San Antonio, Suite 200
        El Paso, Texas 79901
        (915) 534-6884