# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | No:  EP:22-CR-01437(1)-KC |
| | § | |
| (1) Grant Mosley | § | |

## **<u>ORDER</u>**

On this day, the Court considered Defendant's Motion for Continuance, made orally during a status conference on October 19, 2022 in the above-captioned cause.   The motion was made because of the need for further investigation, preparation of the defense due to complex discovery issues in the case, and/or plea negotiations.  After due consideration, the Court is of the opinion that the motion should be granted.

The Court finds that the interests of justice outweigh the interests of Defendant and the public in a speedy trial, in that more time is needed by Defendant for preparation of the defense in this case, and that the time from October 19, 2022 through November 30, 2022, is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161.

Accordingly, it is hereby ORDERED that the Defendant's Motion For Continuance is GRANTED.  This cause is rescheduled for a status conference on November 30, 2022 at 9:30 AM.  NO FURTHER CONTINUANCES WILL BE GRANTED.

**SIGNED**:  October 27, 2022.

HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE