UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. EP-22-CR-01437-KC |
| | ) |
| GRANT MOSLEY, | ) |
| | ) |
| Defendant. | ) |

**ADVISORY TO THE COURT REGARDING FORFEITURE**

NOW COMES the United States of America, Plaintiff, by and through the United States Attorney for the Western District of Texas, and files this Advisory to the Court Regarding Forfeiture in this case. The United States respectfully advises the Court as follows:

**I.**

On August 24, 2022, a four count Indictment (ECF No. 17) was returned against Defendant GRANT MOSLEY. The Indictment and the United States' Bill of Particulars (ECF No. 29) included a Notice of Government's Demand for Forfeiture in which the United States gave notice of its intent to forfeit certain property, namely:

1. Glock GMBH machine gun, SN: BTCG819;
2. Kimber Custom II pistol Cal:45, SN: K798412;
3. Five machine guns, unknown manufacturer, unknown cal, unknown serial number;
4. North American Arms Mini Shadow revolver Cal: 22, SN: E466525;
5. 50 rounds of Winchester-Western ammunition Cal: 22; and
6. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense.

hereinafter referred to as the Subject Properties.

## II.

The United States advises this Court that the Subject Properties have been administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms and Explosives. The United States hereby advises the Court that it will not seek judicial forfeiture of any properties in the instant criminal case.

                                                            Respectfully submitted,

                                                            JAIME ESPARZA
                                                            United States Attorney

By:   /s/_____
        Patricia J. Acosta
        Assistant United States Attorney
        Texas Bar No. 90001590
        700 E. San Antonio, Suite 200
        El Paso, Texas 79901
        Tel.: (915) 534-6884
        Email: patricia.acosta@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on February 13, 2023, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

**Darren L. Ligon**
Federal Public Defender
700 E. San Antonio, D-401
El Paso, TX 79901
(915) 534-6525
Fax: (915) 534-6534
Email: Darren_Ligon@fd.org
Attorney for Defendant GRANT MOSLEY

/s/
Patricia J. Acosta
Assistant United States Attorney